

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Albert Morris v. Wells Fargo Bank

Appellate case number:   01-19-00610-CV

Trial court case number: 15-DCV-221475

Trial court:             434th District Court of Fort Bend County

      It is ordered that appellant's motion for rehearing is **DENIED**.

Judge's signature: ____/s/ Sarah B. Landau_____
                Acting for the Court

Panel consists of Justices Lloyd, Goodman, and Landau

Date: January 9, 2020